1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jeremiah Davis,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Equifax Information Services, Inc. Information Services, Inc., Trans Union, LLC, Experian Information Solutions, Inc., Bank of America, N.A., and Chexsystems, Inc.<br><br>　　　　　Defendants. | CASE NO.: 2:22-cv-00903-JCM-NJK<br><br>**ORDER GRANTING**<br>**Unopposed Motion For Extension of Time For Trans Union to Answer Complaint** |

　　　　Jeremiah Davis ("Plaintiff") hereby files her Unopposed Motion for Extension of Time for Trans Union to Answer Complaint ("Motion") and in support states:

　　1. Trans Union's responsive pleading is due on July 1, 2022.
　　2. Plaintiff and Trans Union are actively engaged in case-resolution negotiations.
　　3. Plaintiff and Trans Union are also engaged in informal discovery to assist the case resolution efforts.

4. Plaintiff does not oppose an extension of Trans Union's time to answer the complaint so that the parties may devote their energies to resolving this matter. Plaintiff files this Motion consistent with its agreement with Trans Union respectfully requesting the Court for an extension of time to file its responsive pleading for 30 days, to **July 31, 2022**.

5. The Motion is filed in good faith and not for delay.

6. This is the first request for an extension of time for Trans Union to answer complaint and the requested extension does not prejudice the parties.

7. For the foregoing reasons, Plaintiff requests that the Court issue an order extending the date, to **July 31, 2022**, on which Trans Union must answer or otherwise respond to Plaintiff's Complaint.

**Dated:** July 1, 2022.

FREEDOM LAW FIRM

By: __/s/ Gerardo Avalos__
George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
8985 S. Eastern Ave, Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
Gavalos@freedomlegalteam.com
*Counsel for Plaintiff Evelyn Jones*

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: July 6, 2022