1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRIC COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEREMIAH DAVIS, | Case No. 2:22-CV-00903-JCM-NJK |
| Plaintiff, | |
| v. | **ORDER GRANTING** |
| | **UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., BANK OF AMERICA, N.A., AND CHEXSYSTEMS, INC. | |
| | **(First Request)** |
| Defendants. | |

Defendants Bank of America N.A. ("BANA") and Chexsystems, Inc ("Chex") (collectively "Defendants") by and through its undersigned counsel of record, hereby submits the following Unopposed Motion to Extend Time to Respond to Plaintiff's Complaint (First Request):

On June 6, 2022, Plaintiff filed his Complaint [ECF No. 1]. The Summons to Defendants was issued on June 7, 2022 [ECF No. 3] and purportedly served on June 10, 2022.   Defendants has 21 days from when the summonses was served to file its response to the Complaint, which made the currently deadline July 1, 2022.

BANA's counsel is still investigating the allegations raised in Plaintiff's Complaint. Further, Plaintiff and Defendants have discussed extending the deadline 30-days for BANA and Chex to respond to the Complaint, in order to explore early resolution opportunities.

1    On June 27, 2022, BANA and Chex received approval of a 30-day extension to respond to

2  the Complaint from Plaintiff's counsel, which would make the response due July 27, 2022.

3    Based upon the foregoing, BANA respectfully requests that the Court extend the deadline

4  for BANA to file its response to Plaintiff's Complaint to July 27, 2022.  This is the first request

5  for extension of time for BANA and Chex to respond to Plaintiff's Complaint. The extension is

6  requested in good faith and is not for purposes of delay or prejudice to any other party.  Further,

7  the unopposed motion is being submitted as a result of excusable neglect because of a

8  communication delay with Plaintiff's counsel as to the format and procedure for the request for

9  extension.

10

11                                        Dated this <u>13th</u>  day of July, 2022.

12                                        WRIGHT, FINLAY & ZAK, LLP

13
                                          */s/ Jory C. Garabedian*
14                                        _____
                                          Darren T. Brenner, Esq.
15                                        Nevada Bar No. 8386
                                          Jory C. Garabedian, Esq.
16                                        Nevada Bar No. 10352
                                          7785 W. Sahara Ave., Suite 200
17                                        Las Vegas, Nevada 89117
                                          *Attorneys for Bank of America, N.A.*
18

19

20

21                                        **IT IS SO ORDERED:**

22

23                                        _____
                                          UNITED STATES MAGISTRATE JUDGE
24
                                          DATED:  July 14, 2022
25

26

27

28

2