UNITED STATES DISTRIC COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEREMIAH DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., BANK OF AMERICA, N.A., AND CHEXSYSTEMS, INC.<br><br>    Defendants. | Case No. 2:22-CV-00903-JCM-NJK<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Defendants Bank of America N.A. ("BANA") and Chexsystems, Inc ("Chex") (collectively "Defendants") by and through its undersigned counsel of record, hereby submits the following Unopposed Motion to Extend Time to Respond to Plaintiff's Complaint (Second Request):

On June 6, 2022, Plaintiff filed his Complaint [ECF No. 1]. The Summons to Defendants was issued on June 7, 2022 [ECF No. 3] and purportedly served on June 10, 2022.  Defendants had 21 days from when the summonses was served to file their response to the Complaint, which made the initial deadline to respond July 1, 2022.

On July 14, 2022, the Court granted an Unopposed Motion to Extend Time to Respond to Plaintiff's Complaint [ECF No. 15] submitted on behalf of Defendants, which made Defendants'

1

1 | response due July 27, 2022.

2 | Plaintiff and Defendants are still in the process of exchanging settlement and resolution
3 | proposals.

4 | On July 26, 2022, and to facilitate and consider a further counteroffer from Defendants,
5 | Plaintiff approved an additional seven (7) day extension for Defendants to respond to the
6 | Complaint, which makes the response date now August 2, 2022.

7 | Based upon the foregoing, Defendants respectfully request that the Court extend the
8 | deadline for Defendants to file their response to Plaintiff's Complaint to August 2, 2022.  This is
9 | the second request for extension of time for Defendants to respond to Plaintiff's Complaint. The
10 | extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

Dated this 26th day of July, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Jory C. Garabedian*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Defendants Bank of America, N.A. & Chexsystems, Inc.*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: July 27, 2022