Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Jeremiah Davis*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jeremiah Davis,<br><br>               Plaintiff,<br><br>  v.<br><br>Equifax Information Services, Inc., et al,<br><br>               Defendants. | Case No.: 2:22-cv-00903-JCM-NJK<br><br>**Stipulation to extend deadline to file the discovery plan and scheduling order**<br><br>**(First request)** |

Jeremiah Davis ("Plaintiff") and Equifax Information Services, LLC, Bank of America, N.A., and Chexsystems, Inc. ("Defendants") (jointly as the "Parties"), by and through their respective counsel, hereby stipulate to extend Local Rule 26-1's deadlines for the parties to hold their initial Fed. R. Civ. P. 26(f) conference and to file their proposed discovery plan and scheduling order (the "Deadlines").

Good cause exists to extend the Deadlines. The Parties need additional time for counsel to coordinate to set the discovery conference. Additionally, the Parties are engaged in active settlement discussions that may alleviate the need to submit a proposed discovery plan. Therefore, it is appropriate to extend the deadlines for the Parties to file their proposed discovery plan and scheduling order to allow time for the Parties to meet and confer in compliance with Local Rule 26-1(b).

STIPULATION                                      - 1 -

Parties therefore request to extend the Deadlines by 30 days, making the new deadline for the submission of a stipulated discovery plan and scheduling order on **October 17, 2022**. This is the first request for an extension of this deadline.

Dated: September 16, 2022.

| | |
|---|---|
| **KIND LAW** | **CLARK HILL PLLC** |
| /s/ Michael Kind<br>Michael Kind, Esq.<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123 | /s/ Gia Marina<br>Gia Marina, Esq.<br>Charles Campbell, Esq.<br>3800 Howard Hughes Drive, Suite 500<br>Las Vegas, Nevada 89169<br>*Counsel for Equifax Information Services, LLC* |
| **FREEDOM LAW FIRM, LLC** | |
| /s/ Gerardo Avalos<br>Gerardo Avalos, Esq.<br>8985 South Eastern Ave., Suite 350<br>Las Vegas, NV 89123<br>*Counsel for Plaintiff Jeremiah Davis* | **WRIGHT, FINLAY & ZAK, LLP**<br><br>/s/ Jory C. Garabedian<br>Jory C. Garabedian, Esq.<br>Darren Brenner, Esq.<br>7785 W. Sahara Ave., Ste. 200<br>Las Vegas, Nevada 89117<br>*Counsel for Bank of America, N.A. and Chex Systems* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 19, 2022