Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Jeremiah Davis*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jeremiah Davis,<br>          Plaintiff,<br>v.<br><br>Equifax Information Services, LLC et al,<br>          Defendants. | Case No.: 2:22-cv-00903-JCM-NJK<br><br>**Stipulation for dismissal of Equifax Information Services, LLC with prejudice** |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Jeremiah Davis and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims

against Equifax Information Services LLC with prejudice. Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 11, 2023.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Jeremiah Davis*

**CLARK HILL PLLC**

/s/ Gia Marina
Charles Campbell, Esq.
Gia Marina, Esq
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
*Counsel for Equifax Information Services LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 12, 2023

STIPULATION                                         2